UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MATTHEW SELLERS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.  1:25-cv-00091-SNLJ |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC, ) | |
| AND TRANSUNION, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

This matter is before the Court on plaintiff's voluntary dismissal with prejudice of defendant Transunion, LLC [Doc. 14] and a stipulation of dismissal with prejudice as to Equifax Information Services, LLC [Doc. 15].

**IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** the case.

**SO ORDERED** this 10th day of October, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE